UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALI EL-KHALIL,<br><br>    Plaintiff,<br><br>v.<br><br>OAKWOOD HEALTHCARE, INC.,<br><br>    Defendant. | Case No. 19-12822<br>Honorable Laurie J. Michelson |

# JUDGMENT

In accordance with the Court's order today granting Oakwood Healthcare's motion for summary judgment, this case is DISMISSED WITH PREJUDICE.

Dated this 1st day of June 2021, in Detroit, Michigan.

                                        KINIKIA ESSIX
                                      CLERK OF THE COURT

                                      By:    s/Erica Parkin
                                                       DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: June 1, 2021